JORDAN ETH (CA SBN 121617)
JEth@mofo.com
MARK R.S. FOSTER (CA SBN 223682)
MFoster@mofo.com
DAVID J. WIENER
DWiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

JAMES J. BEHA II
JBeha@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 336-4079

Attorneys for Defendants
LEAPFROG ENTERPRISES, INC., JOHN BARBOUR,
WILLIAM B. CHIASSON, THOMAS J. KALINSKE,
E. STANTON MCKEE, RANDY O. RISSMAN,
CADEN WANG, AND STEPHEN M. YOUNGWOOD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PETE J. MANGER, On Behalf of Himself and All Others Similarly Situated,, <br><br> Plaintiff, <br><br> v. <br><br> LEAPFROG ENTERPRISES, INC., JOHN BARBOUR, WILLIAM B. CHIASSON, THOMAS J. KALINSKE, E. STANTON MCKEE, RANDY O. RISSMAN, CADEN WANG, and STEPHEN M. YOUNGWOOD, <br><br> Defendants. | Case No.   3:16-cv-01161-WHO <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT** <br><br> Date:  May 3, 2017 <br> Time:  2:00 p.m. <br> Ctrm:  2, 17th Floor <br> Judge: Hon. William H. Orrick |

1 **[PROPOSED] ORDER**

2   This matter came before the Court for hearing on May 3, 2017, at 2:00 p.m. on the Motion to Dismiss Plaintiff's Second Amended Class Action Complaint for failure to state a claim under which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, brought by Defendants Leapfrog Enterprises, Inc., John Barbour, William B. Chiasson, Thomas J. Kalinsek, E. Stanton McKee, Randy O. Rissman, Caden Wang, and Stephen M. Youngwood. Having considered the papers and arguments submitted in support thereof, and in opposition thereto, and good cause appearing, it is accordingly **ORDERED** that:

   The Defendants motion to dismiss for failure to state a claim under which relief can be granted pursuant to Rule 12(b)(6) is GRANTED. The Second Amended Class Action Complaint is hereby dismissed with prejudice.

Dated:_____

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE