UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE J. MANGER,<br><br>        Plaintiff,<br><br>    v.<br><br>LEAPFROG ENTERPRISES, INC., et al.,<br><br>        Defendants. | Case No. 16-cv-01161-WHO<br><br>**JUDGMENT** |

   Judgment is hereby entered in accordance with the May 9, 2017 Order Granting Motion to Dismiss with Prejudice.

   **IT IS SO ORDERED.**

Dated: May 10, 2017

William H. Orrick
United States District Judge